JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Deposit Insurance Corporation, as Receiver for Downey Savings and Loan Asociation, F.A.,<br><br>        Plaintiff,<br><br>  v.<br><br>American Benefit Mortgage, Inc., et al.,<br><br>        Defendants. | Case No. **CV 10-3032-JFW (RCx)**<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 90 days, to re-open the action if settlement is not consummated. During this 90 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

1    In the event a motion or *ex parte* application to re-open
2 is not filed within 90 days, the dismissal of this action
3 will be with prejudice.

Dated: January 21, 2011

_____
JOHN F. WALTER
United States District Judge

(Rev. 2/15/08)                                  2